# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIO ERNESTO HERNANDEZ-VEGA,<br><br>　　　　Defendant. | Case No.: 18-CR-3421-LAB<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

DATED: 4/20/2020

_____
HON. LARRY ALAN BURNS
Chief United States District Judge